NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGII KYLIUKH, an individual, | Case No. 5:22-cv-00730-FWS-JC |
| Plaintiff, | **ORDER ON NOTICE OF SETTLEMENT** |
| vs. | **[35]** |
| SCOTT EUGENE PORTER, an individual, ET AL. | |
| Defendants. | |

## ORDER

Having reviewed and considered the parties' Notice of Settlement [35] ("Notice"), and good cause appearing, the court **ORDERS** the following:

1. The scheduling dates and deadlines set forth in the court's July 20, 2022, Scheduling Order [12] and other pending dates, if any, are **VACATED**.

///
///
///

2. Plaintiff shall file appropriate dismissal papers **on or before September 5, 2023**

3. The court retains jurisdiction over the above-captioned matter for any matters related to completing and/or enforcing the settlement until **January 8, 2024**.[1]

**IT IS SO ORDERED**.

Dated: July 7, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] In the Notice, Plaintiff requests the court "to retain jurisdiction for any matters related to completing and/or enforcing the settlement" without listing an end date, effectively asking the court to indefinitely retain jurisdiction. (Dkt. 35 at 2.) The court denies the request to indefinitely retain jurisdiction to allow the parties to complete and enforce the settlement, and instead has granted a definitive period of time.